# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peregrine I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>98-0557108 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**Maples Corporate Services Limited, PO Box 309,**<br>**Ugland House, Grand Cayman, KY1-1104 Cayman Islands**    KY1-1104 | Street Address of Joint Debtor (No. & Street, City, State): |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Brazil** | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4.01./13 and every three years thereafter*).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors[1]**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

---

[1] The statistical information set forth herein is based on the consolidated financial information of the Debtor and its affiliates.

RLF1 3988478v. 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Peregrine I, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Peregrine I, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Russell C. Silberglied* (signature)
Signature of Attorney for Debtor(s)
Russell C. Silberglied, Esq. (No. 3462)
John H. Knight, Esq. (No. 3848)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
920 N. King Street, One Rodney Square
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
April 25, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *John W. Hanlon* (signature)
Signature of Authorized Individual
John W. Hanlon
Printed Name of Authorized Individual
Authorized Person
Title of Authorized Individual
April 25, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNANIMOUS WRITTEN CONSENT OF

# THE CLASS B MEMBERS

# OF

# PEREGRINE I, LLC

Pursuant to Section 18.302(d)
of the
Delaware Limited Liability Company Act

April 25, 2011

Each of EFS-M, Inc., and Pareto World Wide Offshore AS, being all of the Class B Members of Peregrine I, LLC, a Delaware limited liability company (the "Company"), consents, pursuant to Sections 6.02(a) and (b) of the Company's Second Amended and Restated Limited Liability Company Agreement dated as of November 19, 2009, as amended (the "LLC Agreement"), to the actions set forth below. Terms defined in the LLC Agreement have the same meanings herein as therein.

Each of the Class B Members consents to:

- the Company commencing a chapter 11 bankruptcy case in the bankruptcy court for the District of Delaware;

- the Company borrowing funds in the bankruptcy case;

- the Company securing such borrowings by granting a security interest in any or all of assets of the Company, including after-acquired assets; and

- each authorized person (as defined below) executing and filing such pleadings, executing and delivering such collateral loan and security documents and otherwise taking such other actions on behalf of the Company as the authorized person deems necessary or desirable to give effect to the foregoing, in each case in order to preserve, secure and maintain the assets of the Company.

For the purposes of this Consent, an "authorized person" of the Company means the Manager or such other person as is duly authorized by the Manager to act on its behalf, including John Hanlon, or another authorized individual of PUREnergy Management Services, LLC, as

subcontractor of the Manager pursuant to the Subcontract for Administrative Services agreement dated as of November 19, 2009, as amended, and any other person authorized or appointed by the Members from time to time as "manager" or "managing member" of the Company in accordance with the LLC Agreement.

This Consent will terminate and be of no further force or effect if the bankruptcy case is not commenced on or before May 2, 2011.

*       *       *       *       *       *       *

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date first set forth above.

**EFS-M INC.**

By: _____
Name: JAMIE WEBER
Title: VICE PRESIDENT


**PARETO WORLD WIDE OFFSHORE AS**


By: _____
Name: _____
Title:

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date first set forth above.

**EFS-M INC.**

By: _____
Name: _____
Title:

**PARETO WORLD WIDE OFFSHORE AS**

By: *[signature]*
Name: *Nicolai Heidenreich*
Title: *Attorney in fact*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Peregrine I, LLC, | ) | Case No. 11-_____ (____) |
| | ) | |
|        Debtor. | ) | |
| | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST
## UNSECURED CLAIMS AGAINST THE DEBTOR

       The debtor (the "Debtor") in this chapter 11 case filed a voluntary petition in this Court on April 25, 2011 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List") based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

See attached.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| WestLB AG | WestLB AG<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| Banco Bilbao Vizcaya Argentaria | Banco Bilbao Vizcaya Argentaria<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| Dexia Crédit Local | Dexia Crédit Local<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| DVB Bank | DVB Bank<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| GE VFS Financing Holding, Inc. | GE VFS Financing Holding, Inc.<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time.

RLF1 3988478v. 2

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| HSH Nordbank AG | HSH Nordbank AG<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| Santander Asset Finance PLC | Santander Asset Finance PLC<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Bank loan | | Unavailable at this time[1] |
| ETESCO Drilling Company BV | ETESCO Drilling Company BV<br>A Dutch Limited Liability Company<br>Fred Roekestraat 123, 1076 EE<br>Amsterdam the Netherlands | Contract | Contingent, unliquidated, disputed | 3,976,516.34 |
| Napro Services | NAPROSERVICE OFFSHORE<br>Estaleiros do Brasil<br>Marine Propeller & Seals Division<br>Carlos A. Durães<br>Phone: +55 21 21091800<br>Fax:   +55 21 21091812 | Trade | Disputed | 816,125 |
| PurEnergy | PurEnergy<br>1732 West Genesee Street<br>Syracuse, NY 13204 | Contract | | 236,367 |
| KPMG | KPMG<br>1601 Market Street<br>Philadelphia, PA 19103<br>267-256-7000 | Professional | | 200,000 |
| Maua | Maua<br>2711 Centerville Road<br>Suite 400 Wilmington<br>Delaware 19808 USA | Trade | Disputed | 113,006 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| General Electric | General Electric<br>183 Madison Avenue<br>Suite 1001<br>New York, NY 10016<br>Tel: (212) 684-7799 | Trade | | 58,876 |
| Converteam | Converteam<br>Boughton Road, Rugby, Warks, CV21, 1BU, UK<br>+44*(0)*1788563563 | Trade | | 19,100[2] |
| Pedro Calmon Filho Advogados | Pedro Calmon Filho Advogados | Professional | | 16,026 |
| Firley, Moran, Freer, Eassa | Firley, Moran, Freer, Eassa<br>5010 Campuswood Drive<br>East Syracuse, NY 13057<br>315-472-7045 | Professional | | 14,500 |
| Noble Denton | Noble Denton<br>30 Broad Street<br>7th floor<br>New York, NY 10004<br>212-405-2836 | Trade | | 7,357 |
| Pinhiero Neto | Pinhiero Neto | Professional | | 6,284 |
| DNV | DNV<br>363 North Sam Houston Parkway<br>Suite 125<br>Houston, TX 77060<br>281-260-9980 | Professional | | 3,000 |

---

[2] Reflected in pounds sterling.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Peregrine I, LLC, | ) | Case No. 11-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION CONCERNING THE LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, John W. Hanlon, in my capacity as an authorized person of Peregrine I, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the 20 Largest Unsecured Claims Against the Debtor and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 25, 2011
Wilmington, Delaware

Name: John W. Hanlon
Title: Authorized Person

RLF1 3988478v. 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **Peregrine I, LLC,** | ) Case No. 11-_____ (____) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF CREDITORS

| | |
|---|---|
| WestLB AG<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | PurEnergy<br>1732 West Genesee Street<br>Syracuse, NY 13204 |
| Banco Bilbao Vizcaya Argentaria<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | KPMG<br>1601 Market Street<br>Philadelphia, PA 19103<br>267-256-7000 |
| Dexia Crédit Local<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Maua<br>2711 Centerville Road<br>Suite 400 Wilmington<br>Delaware 19808 USA |
| DVB Bank<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | General Electric<br>183 Madison Avenue<br>Suite 1001<br>New York, NY 10016<br>Tel: (212) 684-7799 |
| GE VFS Financing Holding, Inc.<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Converteam<br>Boughton Road, Rugby, Warks, CV21, 1BU, UK<br>+44*(0)*1788563563 |

| | |
|---|---|
| HSH Nordbank AG<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Pedro Calmon Filho Advogados |
| Santander Asset Finance PLC<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Firley, Moran, Freer, Eassa<br>5010 Campuswood Drive<br>East Syracuse, NY 13057<br>315-472-7045 |
| Sumitomo Mitsui Banking Corporation<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | Noble Denton<br>30 Broad Street<br>7th floor<br>New York, NY 10004<br>212-405-2836 |
| NAPROSERVICE OFFSHORE<br>Estaleiros do Brasil<br>Marine Propeller & Seals Division<br>Carlos A. Durães<br>Phone: +55 21 21091800<br>       Fax:   +55 21 21091812 | Pinhiero Neto |
| R.S. Platou<br>363 North Sam Houston Parkway<br>Suite 125<br>Houston, TX 77060<br>281-260-9980 | DNV<br>363 North Sam Houston Parkway<br>Suite 125<br>Houston, TX 77060<br>281-260-9980 |
| ETESCO Drilling Company BV<br>A Dutch Limited Liability Company<br>Fred Roekestraat 123, 1076 EE<br>Amsterdam the Netherlands | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Peregrine I, LLC, ) | Case No. 11-_____ (____) |
| ) | |
| Debtor. ) | |
| ) | |

## DECLARATION REGARDING CREDITOR LIST

I, John W. Hanlon, in my capacity as an authorized person of Peregrine I, LLC, a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury that I have reviewed the Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 25, 2011
      Wilmington, Delaware

Name: John W. Hanlon
Title: Authorized Person

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Peregrine I, LLC,** | ) | **Case No. 11-_____ (\_\_\_\_)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| EFS-M Inc. | EFS-M Inc.<br>c/o GE Energy Financial Services<br>800 Long Ridge Road<br>Stamford, Connecticut 06927 | Class B Membership Interests |
| MMEER Cayman Management Ltd. | MMEER Cayman Management Ltd.<br>Walker House 87 Mary Street<br>Georgetown, Grand Cayman KY1-9001<br>Cayman Islands | Class A Membership Interests |
| Investorprosjekt XXXIII AS | Investorprosjekt XXXIII AS<br>c/o Pareto Investor Service<br>Attn: Fredrik Jansen<br>Dronning Maudsgate 3<br>0250 Oslo<br>Norway | Class A Membership Interests |
| Pareto World Wide Offshore AS | Pareto World Wide Offshore AS<br>Attn: Fredrik Jansen<br>Dronning Maudsgate 3<br>0250 Oslo<br>Norway | Class B Membership Interests |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Peregrine I, LLC, | ) | Case No. 11-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION CONCERNING DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

      I, John W. Hanlon, in my capacity as an authorized person of Peregrine I, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 25, 2011
      Wilmington, Delaware

Name: John W. Hanlon
Title: Authorized Person

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peregrine I, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 11-_____ (____) |

## PEREGRINE I, LLC'S STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Peregrine I, LLC, a Delaware limited liability company (the "Debtor"), respectfully represents that the following entities own 10% or more of any class of the Debtor's equity interests.

Class A Membership Interests

MMEER Cayman Management Ltd.
Walker House 87 Mary Street
Georgetown, Grand Cayman KY1-9001
Cayman Islands

Investorprosjekt XXXIII AS
c/o Pareto Investor Service
Attn: Fredrik Jansen
Dronning Maudsgate 3
0250 Oslo
Norway

Class B Membership Interests

EFS-M Inc.
c/o GE Energy Financial Services
800 Long Ridge Road
Stamford, Connecticut 06927

Pareto World Wide Offshore AS
Attn: Fredrik Jansen
Dronning Maudsgate 3
0250 Oslo
Norway

Dated: April 25, 2011
      Wilmington, Delaware

_____
Name: John W. Hanlon
Title: Authorized Person