IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re )
)
PEREGRINE I, LLC, )
) Case No. 11-11230 (MFW)
Debtor. )
)

**ENTRY OF APPEARANCE**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the firms listed below hereby appear as counsel for WestLB AG, New York Branch, as Agent and Security Trustee ("WEST"), a creditor and party-in-interest and, under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, request that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

> Laurie Selber Silverstein, Esquire
> Etta R. Wolfe, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street, 6th Floor
> P.O. Box 951
> Wilmington, Delaware 19899
> (302) 984-6000
> (302) 658-1192 [Fax]
> lsilverstein@potteranderson.com
> ewolfe@potteranderson.com

> - and –

Madlyn Gleich Primoff, Esquire
Jill Kurtzman, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8276
Facsimile: (212) 836-6622
mprimoff@kayescholer.com
jkurtzman@kayescholer.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including WEST with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by WEST.

**PLEASE TAKE FURTHER NOTICE** that WEST intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of WEST to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of WEST to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of WEST to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which WEST is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments WEST expressly hereby preserve and assert in these cases.

Dated: April 28, 2011

                             POTTER ANDERSON & CORROON LLP

                             By: _____
                             Laurie Selber Silverstein (DE Bar 2396)
                             Etta R. Wolfe (DE Bar 4164)
                             P. O. Box 951
                             1313 N. Market Street, 6th Floor
                             Wilmington, Delaware 19899
                             Telephone: (302) 984-6000

                                      - and –

                             Madlyn Gleich Primoff, Esquire
                             Jill Kurtzman, Esquire
                             KAYE SCHOLER LLP
                             425 Park Avenue
                             New York, NY 10022
                             Telephone: (212) 836-8276

                             *Counsel for WestLB AG, New York Branch, as*
                             *Agent and Security Trustee*

PA&C-1010933