IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PEREGRINE I, LLC,<br><br>    Debtor. | )<br>)<br>)<br>)<br>) Case No. 11-11230 (MFW)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jill Kurtzman, Esquire to represent WestLB AG, New York Branch, as Agent and Security Trustee in this action.

POTTER ANDERSON & CORROON LLP

_____
Etta R. Wolfe (DE Bar No 4164)
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Jill Kurtzman, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 29, 2011

_____
United States Bankruptcy Judge

PA&C-1010946

#9
4/29/11