SIGN-IN SHEET

CASE NAME: Peregrine LLC COURTROOM NO.: 1

CASE NO. 11-11230 DATE: April 29, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Russell C. Silberglied | Richards, Layton & Finger | Debtor |
| Keith Simon | Latham & Watkins | Debtor |
| Jane Leamy | US Trustees Office | US Trustee |
| Laurie Selber Silverstein | Potter Anderson + Corroon LLP | West LB |
| Etta R Wolfe | " | " |

# Court Conference

**Calendar Date:** 04/29/2011
**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

*1st Revision 04/29/2011 08:30 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Peregrine I, LLC | 11-11230 | Hearing | 4194193 | Jill Kurtzman | (212) 836-7028 | Kaye Scholer LLP | Client, West LB / LIVE |
| | | Peregrine I, LLC | 11-11230 | Hearing | 4194139 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Client, West LB / LIVE |