# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
PEREGRINE I, LLC,[1] : Case No. 11-11230 (MFW)
: 
Debtor. : **Re: Docket No. 19**
: 
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

Cathy Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of May, 2011 she caused a copy of the following to be served on the attached list as directed:

- **Emergency Motion of the Debtor for Entry of (I) Interim Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief, and (II) A Final Order in Respect Thereof** [Docket No. 19

_____
Cathy Greer, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this ___3rd___ day of May, 2011.

_____
Notary Public

---

[1] The last four digits of the Debtor's taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

RLF1 3991939v. 1

# SERVICE LIST

## By Hand Delivery

Jane Leamy
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Maua
2711 Centerville Road, Suite 400
Wilmington, DE 19808

State of Delaware
Division of Revenue - 8th Floor
Attn: Randy R. Weller - MS #25
820 N. French Street
Wilmington, DE 19801-0820

## Via Facsimile

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| Keith Min | WestLB AG | 212-852-6000 | 212-852-6320 |
| Carlos A. Duraes | Napro Services | 55 21 21091800 | 55 21 21091812 |
| | PurEnergy | 315-448-2266 | 315-448-0264 |
| | KPMG | 267-256-7000 | 267-256-7200 |
| | General Electric | 212-684-7799 | 212-684-9699 |
| | Pedro Calmon Filho Advogados | 5521 2532 2323 | 5521 2220 7621/2533 7235 |
| | Firley, Moran, Freer, Eassa | 315-472-7045 | 315-472-7053 |
| | Noble Denton | 212-405-2838 | 212-344-1664 |
| | Pinhiero Neto (Sao Paulo Office) | 55 (11) 3247-8400 | 55 (11) 3247-8600 |
| | Pinhiero Neto (Rio de Janeiro Office) | 55 (21) 2506-1600 | 55 (21) 2506-1660 |

RLF1 3991939v. 1

| TO | COMPANY | PHONE # | FAX # |
|---|---|---|---|
| | Pinhiero Neto (Brazil Office) | 55 (61) 3312-9400 | 55 (61) 3312-9444 |
| | DNV | 281-260-9980 | 281-260-9981 |
| Madlyn Gleich Primoff<br>Jill Kurtzman | Kaye Scholer LLP | 212-836-8276 | 212-836-6622 |
| | Delaware Secretary of State - Division of Corporations | 302-739-3073 | 302-739-3812 |
| | R.S. Platou | 281-445-5600 | 281-445-1091 |

## By Overnight Mail

ETESCO Drilling Company BV
Fred Roekestraat 123, 1076 EE
Amsterdam the Netherlands

Converteam
Boughton Road, Rugby, Warks, CV21, 1BU, UK

Insurance Broker
Nausch, Hogan, Murray Europe
KP Van Der Mandelelaan 36
3062 MB Rotterdam (BrainPark)
The Netherlands