# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PEREGRINE I, LLC,[1] | Case No. 11-11230 (MFW) |
| Debtor. | Hearing Date: 5/9/11 at 3:00 p.m. (EDT) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on May 3, 2011, Peregrine I, LLC, as debtor and debtor in possession (the "Debtor") filed the **Emergency Motion of the Debtor for Entry of (I) Interim Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief, and (II) A Final Order in Respect Thereof** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion shall be held before The Honorable Brendan L. Shannon at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **May 9, 2011 at 3:00 p.m. (Eastern Daylight Time** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that any responses to the Motion may be made at the Hearing.

---

[1] The last four digits of the Debtor's taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

RLF1 3996272v. 1

Dated: May 4, 2011
      Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katherine Good*

Russell C. Silberglied (No. 3462)
John H. Knight (No. 3848)
L. Katherine Good (No. 5101)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

LATHAM & WATKINS LLP
Keith A. Simon
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 212-906-1372
Facsimile: (212) 751-4864

Proposed Counsel to the
Debtor and Debtor-in-Possession