## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | :   Chapter 11 |
| | : |
| PEREGRINE I, LLC,[1] | :   Case No. 11-11230 (MFW) |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 9, 2011 AT 3:00 P.M. (EDT)

**I.    MATTER GOING FORWARD:**

1.    Emergency Motion of the Debtor for Entry of (I) Interim Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief, and (II) A Final Order in Respect Thereto [Docket No. 19; filed 5/3/11]

Objection Deadline: May 9, 2011 at 3:00 p.m. (EDT)

Objections/Responses Received: None to date.

Related Documents:

i.    Notice of Hearing [Docket No. 26; filed 5/4/11]

Status: The hearing regarding this matter is going forward.

---

[1] The last four digits of the Debtor's taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

Dated: May 5, 2011
      Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*Katherine Good*

Russell C. Silberglied (No. 3462)
John H. Knight (No. 3848)
L. Katherine Good (No. 5101)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

LATHAM & WATKINS LLP
Keith A. Simon
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 212-906-1372
Facsimile: (212) 751-4864

Proposed Counsel to the
Debtor and Debtor-in-Possession