IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                    :   Chapter 11
                                         :
PEREGRINE I, LLC,[1]                     :   Case No. 11-11230 (MFW)
                                         :
        Debtor.                          :   Re: Docket Nos. 28 & 29
                                         :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                       :  SS.
NEW CASTLE COUNTY      :

Cathy Greer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 5th day of May, 2011 she caused a copy of the following to be served on the attached list by first class mail:

- **Notice of Hearing** [Docket No. 28]
- **Order Scheduling Omnibus Hearing Dates** [Docket No. 29]

_____
Cathy Greer, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 5th day of May, 2011.

_____
Notary Public
LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2014

---

[1] The last four digits of the Debtor's taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

RLF1 3991939v. 1

WestLB AG
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

PurEnergy
1732 West Genesee Street
Syracuse, NY 13204

Banco Bilbao Vizcaya Argentaria
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

KPMG
1601 Market Street
Philadelphia, PA 19103

Dexia Crédit Local
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Maua
2711 Centerville Road
Suite 400 Wilmington
Delaware 19808 USA

DVB Bank
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

General Electric
183 Madison Avenue
Suite 1001
New York, NY 10016

GE VFS Financing Holding, Inc.
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Converteam
Boughton Road, Rugby, Warks, CV21, 1BU, UK

HSH Nordbank AG
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Santander Asset Finance PLC
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Firley, Moran, Freer, Eassa
5010 Campuswood Drive
East Syracuse, NY 13057

Sumitomo Mitsui Banking Corporation
c/o WestLB AG, as Agent and Security Trustee
Attn: Mr. Keith Min
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Noble Denton
Attn: Lillian Aquilia
30 Broad Street
7th floor
New York, NY 10004

NAPROSERVICE OFFSHORE
Estaleiros do Brasil
Marine Propeller & Seals Division
Carlos A. Durães

Pinheiro Neto Advogados
R. Humaita 275, 16° andar 22261-005
Rio de Janerio
Brazil

R.S. Platou
363 North Sam Houston Parkway
Suite 125
Houston, TX 77060

DNV
363 North Sam Houston Parkway
Suite 125
Houston, TX 77060

ETESCO Drilling Company BV
A Dutch Limited Liability Company
Fred Roekestraat 123, 1076 EE
Amsterdam the Netherlands

Insurance Broker
Nausch, Hogan, Murray Europe
KP Van Der Mandelelaan 36
3062 MB Rotterdam (BrainPark)
The Netherlands

Madelyn Gleich Primoff
Jill Kurtzman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Laurie Selber Silverstein
Etta R. Wolfe
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Jane Leamy
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

State of Delaware
Division of Revenue - 8th Floor
Attn: Randy R. Weller - MS#25
820 N. French Street
Wilmington, DE 19801-0820

Delaware Secretary of State
Division of Corporations
Franchise Tax Division
P.O. Box 7040
Dover, DE 19903

LF1 3989223v. 1