# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Peregrine I, LLC
Maples Corporate Services Limited    **Chapter:** 11
PO Box 309
Ugland House, Grand Cayman
KY1–1104 Cayman Islands
Grand Cayman, CI KY1–1104
 **EIN:** 98–0557108

*Case No*.: 11–11230–MFW

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 4/29/2011 was filed on 5/3/2011 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/24/2011 .

If a request for redaction is filed, the redacted transcript is due 6/3/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/1/2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 5/3/11

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
Peregrine I, LLC  
      Debtor

Case No. 11-11230-MFW  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: Brandon     Page 1 of 1     Date Rcvd: May 03, 2011  
                    Form ID: ntcBK     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2011.
```
db          Peregrine I, LLC,    Maples Corporate Services Limited,    PO Box 309,    Ugland House, Grand Cayman,
              KY1-1104 Cayman Islands,    Grand Cayman, CI  KY1-1104
aty        +L. Katherine Good,    Richards, Layton & Finger, P.A.,    920 North King Street,
              Wilmington, DE 19801-3361
aty        +Russell C. Silberglied,    Richards, Layton & Finger,    One Rodney Square,    920 North King Street,
              Wilmington, DE 19801-3361
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**                 **Signature:** _/s/ Joseph Speetjens_