**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

ROBERTA A. DeANGELIS
U.S. TRUSTEE

T. PATRICK TINKER
ACTING ASSISTANT U.S. TRUSTEE

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR:**   Peregrine I, LLC

**CASE NO:**   11-11230 (MFW)

**DATE:**   June 1, 2011

**TIME:**   2:00 p.m.

**LOCATION: J. Caleb Boggs Federal Building, Room 5209**

By:   /s/ Jane M. Leamy
        Jane M. Leamy, Trial Attorney

Dated: May 6, 2011

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**