IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                                          : Chapter 11
:
                                                                                    : Case No. 11-11230 (MFW)
PEREGRINE I, LLC,[1]                                            :
:
                                    Debtor.                          :
:
---------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Curtis S. Miller, hereby moves for the admission pro hac vice of Dov R. Kleiner (the "Admittee") of Vinson & Elkins LLP, 666 Fifth Avenue, 26th Floor, New York, NY 10103 to represent Etesco Drilling Company B.V. and Etesco Construcoes é Comerico Ltda., in connection with the above-captioned proceeding.

Dated: Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
May 6, 2011

/s/ Curtis S. Miller
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Etesco Drilling Company B.V. and Etesco Construcoes é Comerico Ltda.,*

---

[1] The last four digits of the Debtors' taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
May 6, 2011

Dov R. Kleiner
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
Email: dkleiner@velaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

4238909.1