**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Peregrine I, LLC,[1] | ) Case No. 11-11230 (MFW) |
| | ) |
| Debtor. | ) |
| | ) Re: Docket No. 38 |

## ORDER (I) CONVERTING CHAPTER 11 BANKRUPTCY CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AND (II) EXTENDING THE DEADLINE TO FILE STATEMENTS AND SCHEDULES

This matter coming before the Court on the Debtor's Motion to (I) Convert the Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code and (II) Extend the Deadline to File Statements and Schedules (the "Motion"),[2] filed by the above-captioned debtor and debtor-in-possession (the "Debtor"); and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Debtor's chapter 11 case is converted, pursuant to 11 U.S.C. § 1112(a), to a case under chapter 7 of the United States Bankruptcy Code, effective as of the date of entry of this Order (the "Conversion Date").

3. The Debtor shall:

---

[1] The last four digits of the Debtor's taxpayer identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

RLF1 4006101v.2

a. ~~Within~~ Promptly (and no later than) 5 days ~~of~~ after the Conversion Date, turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rule of Bankruptcy Procedure Fed. R. Bankr. P. 1019(4); and

b. Within 15 days of the Conversion Date, file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5).

c. Within 15 days of the Conversion Date, file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b).

d. Within 30 days from the Conversion Date, file and transmit a final report and account as required by Fed. R. Bankr. P. 1019(5)(A) to the U.S. Trustee.

4. The Debtor's deadline to file its Schedules is extended through and including May 25, 2011

5. A representative of the Debtor and, if requested by the Chapter 7 trustee, counsel to the Debtor in this chapter 11 case, shall appear at the first meeting of creditors after conversion of the Debtor's cases to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

6. To the extent not already done so, all professionals employed by the Debtor in this chapter 11 case shall file, within 15 days of the Conversion Date, a final fee application for approval of all fees and expenses incurred through the Conversion Date ("<u>Final Fee Applications</u>").

7. A hearing to consider the Final Fee Applications shall be held on June 27, 2011 at 10:30 a.m. (Eastern Daylight Time).

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 9, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE