**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                              :    Chapter 7
                                                    :
Peregrine I, LLC,[1]                                :    Case No. 11-11230 (MFW)
                                                    :
                        Debtor.                     :    Re: Docket No. 37
------------------------------------------------------------ x

## ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN LATHAM & WATKINS LLP AS COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the application (the "**Application**")[2] of the above-captioned debtor and debtor-in-possession (the "**Debtor**") for entry of an order authorizing the Debtor to employ and retain Latham & Watkins LLP ("**L&W**") as attorneys for the Debtor, *nunc pro tunc* to the Petition Date, pursuant to sections 327(a), 329 and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"); and upon consideration of the Declaration of David S. Heller (the "**Heller Declaration**"); and the Court being satisfied based on the representations made in the Application and the Heller Declaration that L&W is disinterested as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it

---

[1] The last four digits of the Debtor's federal tax identification number are 7108. The address of the Debtor is Maples Corporate Services Limited, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Application.

appearing that this Application is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Application and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED in its entirety.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain L&W as its attorneys on the terms set forth in the Application and the Heller Declaration, *nunc pro tunc* to the Petition Date.

3. In a manner consistent with the Application and the Heller Declaration, L&W may render legal services to the Debtor relating to the day-to-day administration of this Chapter 11 Case.

4. L&W shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, the guidelines established by the Office of the United States Trustee, and such procedures as may be fixed by order of this Court.

5. Notwithstanding the possible applicability of any stay of the effectiveness of this order, including, without limitation, the fourteen-day stay provided in Rule 6004(h) of the Bankruptcy Rules, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

RLF1 3999909v. 1

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 19, 2011
      Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE