B6A (Official Form 6A) (12/07)

**UNITED STATES BANKRUPTCY COURT**

In re **Peregrine I, LLC**
      Debtor

Case No. 11-11230 (MFW)

Chapter 11

## SUMMARY OF SCHEDULES[1]

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITES | OTHER |
|---|---|---|---|---|---|
| Real Property | Yes | 1 | $0 | | |
| Personal Property | Yes | 3 | $11,848,082.34 + value of oil drilling vessel Peregrine I | | |
| Property Claimed as Exempt | Yes | 1 | | | |
| Creditors Holding Secured Claims | Yes | 3 | | (See Schedule D) | |
| Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $0 | |
| Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $5,467,157.34 (See also Schedule F) | |
| Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| Codebtors | Yes | 1 | | | |
| Current Income of Individual Debtor(s) | N/A | N/A | | | N/A |
| Current Expenditures of Individual Debtor(s) | N/A | N/A | | | N/A |
| **TOTAL** | | 17 | $11,848,082.34 + value of oil drilling vessel Peregrine I | $195,440,749.34 | |

---

[1] The totals included in this summary are qualified in full by the statements, footnotes or other qualifications contained in each of the attached Schedules A through H, as applicable.

RLF1 4066942v. 1

B6A (Official Form 6A) (12/07)

In re: <u>Peregrine I, LLC</u>　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-11230 (MFW)
　　　　　　Debtor

# SCHEDULE A - REAL PROPERTY

　　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None. | | | | |
| | | Total → | | |

(Report also on Summary of Schedules)

RLF1 4066942v. 1

B 6B (Official Form 6B) (12/07)

In re: __Peregrine I, LLC__  Case No. 11-11230 (MFW)
　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Account no. XXX430 at Bank of New York<br>Account No. XXX066 at Bank of New York | | $32,320.31[2]<br>$315,762.03[3] |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.[4] | | Nausch, Hogan and Murray<br>Marine Hull - 10.175<br>Marine Hull – Repetro – 10.176<br>Bunker Pollution Coverage – 10.030<br>CGL – 10.031<br>P&I – 10.030 | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

---

[2] As of April 27, 2011.
[3] As of April 27, 2011.
[4] Debtor is not aware of any recovery value of the policies based on current status of vessel and whether current installment payments were made.

RLF1 4066942v. 1

In re: <u>Peregrine I, LLC</u>  Case No. 11-11230 (MFW)
    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(6)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses Itemize. | X | | | |
| 14 Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | To the best of Debtor's knowledge, no monies remain outstanding as of today's date albeit some accounts receivable may have existed as of the petition date and has since been received by the Trustee | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | The debtor is not aware of any | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22 Patents copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re: <u>Peregrine I, LLC</u>            Case No. 11-11230 (MFW)
      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats motors, and accessories. | | oil drilling vessel named Peregrine 1 under official number 731983, flying the flag of, and registered in, the Bahamas | | Unknown[5] |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Electric Power, propulsion, DP and Vessel Control System currently in UK.<br><br>50 Ton crane located in Brazil.<br><br>H4 Connector currently in possession by the Aban Abraham | | Approximately $10MM (based on original invoice).<br><br>$1.5MM (based on original invoice). |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | See Line Item 29 above | | |
| | |   0   Continuation sheets attached    Total → (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | $11,848,082.34 |

---

[5] The Debtor engaged advisors to market the Vessel for sale pre-petition, but the marketing efforts were unsuccessful.

B6C (Official Form 6C) (4/10)

In re: <u>Peregrine I, LLC</u>  
    **Debtor**

Case No. 11-11230 (MFW)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. § 522(b)(2)  
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

B6D (Official Form 6D) (12/07)

In re: __Peregrine I, LLC__  
       Debtor

Case No. 11-11230 (MFW)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WestLB AG<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| ACCOUNT NO.<br><br>Dexia Crédit Local<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| __2__ Continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | | |
| | | | Total ▶<br>(Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules). | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time.

[2] The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

RLF1 4066942v. 1

# SCHEDULE D- CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DVB Bank<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| ACCOUNT NO.<br><br>GE VFS Financing Holding, Inc.<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| ACCOUNT NO.<br><br>HSH Nordbank AG<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| | | | Subtotal ▶<br>(Total of this page) | | | | | |
| | | | Total ▶<br>(Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules). | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
| | | | | | | | (Report also on Summary of Schedules). | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time.

[2] The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

# SCHEDULE D- CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Santander Asset Finance PLC<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | - | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| **ACCOUNT NO.**<br><br>Sumitomo Mitsui Banking Corporation<br>c/o WestLB AG, as Agent and Security Trustee<br>Attn: Mr. Keith Min<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | | First priority secured interest in Debtor's sole asset pursuant to a facilities agreement, dated November 19, 2007<br><br>VALUE $ Unknown | | | | UNAVAILABLE AT THIS TIME[1] | (UNKNOWN)[2] |
| | | | Subtotal ▶<br>(Total of this page) | | | | | |
| | | | Total ▶<br>(Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules). | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time.

[2] The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

B 6E (Official Form 6E) (4/10)

In re: Peregrine I, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-11230 (MFW)
　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　　Report the total amounts not entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒　　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　　**Domestic Support Obligations**

　　　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　　**Extensions of credit in an involuntary case**

　　　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐　　**Wages, salaries, and commissions**

　　　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　　**Contributions to employee benefit plans**

　　　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

6 BE (Official Form 6E) (4/10) - Cont.

**In re: Peregrine I, LLC**  Case No. 11-11230 (MFW)
  Debtor

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_0_ continuation sheets attached

B 6E (Official Form 6E) (4/10) - Cont.

In re: Peregrine I, LLC  
     Debtor

Case No. 11-11230 (MFW)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) $    $

Total ▶ (Use only last page of the completed Schedule E. Report also on Summary of Schedules.) $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data) $    $

RLF1 4066942v. 1

In re: <u>Peregrine I, LLC</u>　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-11230 (MFW)
　　　　Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WestLB AG <br> Attn: Mr. Keith Min <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| ACCOUNT NO. <br><br> Dexia Crédit Local <br> c/o WestLB AG, as Agent and Security Trustee <br> Attn: Mr. Keith Min <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |

　3　continuation sheets attached　　　　　　　　　　　　　　　　　　　　　　Subtotal ▶　| $ 0 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶　| $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data..)

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time. The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DVB Bank c/o WestLB AG, as Agent and Security Trustee Attn: Mr. Keith Min 7 World Trade Center 250 Greenwich Street New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| ACCOUNT NO. GE VFS Financing Holding, Inc. c/o WestLB AG, as Agent and Security Trustee Attn: Mr. Keith Min 7 World Trade Center 250 Greenwich Street New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| ACCOUNT NO. HSH Nordbank AG c/o WestLB AG, as Agent and Security Trustee Attn: Mr. Keith Min 7 World Trade Center 250 Greenwich Street New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| ACCOUNT NO. Santander Asset Finance PLC c/o WestLB AG, as Agent and Security Trustee Attn: Mr. Keith Min 7 World Trade Center 250 Greenwich Street New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| | | | | | | Subtotal ▶ | $ 0 |
| | | | Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data..) | | | | $ |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time. The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

B 6F (Official Form 6F) (12/07)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sumitomo Mitsui Banking Corporation c/o WestLB AG, as Agent and Security Trustee Attn: Mr. Keith Min 7 World Trade Center 250 Greenwich Street New York, NY 10007 | | | November 19, 2007 | | | | (Unknown)[1] |
| ACCOUNT NO. ETESCO Drilling Company BV A Dutch Limited Liability Company Fred Roekestraat 123, 1076 EE Amsterdam, the Netherlands | | | | X | X | X | $3,976,516.34[2] |
| ACCOUNT NO. Naproservice Offshore Estaleiros do Brasil Marine Propeller & Seals Division | | | | | | X | $816,125 |
| ACCOUNT NO. PurEnergy 1732 West Genesee Street Syracuse, NY 13204 | | | | | | | $236,367 |
| ACCOUNT NO. KPMG 1601 Market Street Philadelphia, PA 19103 | | | | | | | $200,000 |
| ACCOUNT NO. Estaleiro Maua S.A., 2711 Centerville Road Suite 400 Wilmington, DE 19808 | | | | | | X | $113,006 |
| | | | Subtotal ▶ | | | | $ 5,342,014.34 |
| | | | Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data..) | | | | $ |

---

[1] The original principal amount of the loan was $258,750,000, of which approximately $189,973,592 remained outstanding as of the petition date. The percentage held by each lender to the credit agreement is not available at this time. The loan is secured by all of the assets of the Debtor, but likely is significantly undersecured because the value of the Debtor's assets is significantly less than $189,973,592.

[2] On April 29, 2011, the Court approved a payment to ETESCO Drilling Company BV in the amount of $3.145 million. The Debtor represented in the motion that it was uncertain whether it was paying on account of pre- or post-petition claims of ETESCO. Accordingly, the remaining amount of the general unsecured claim could now differ from this figure.

RLF1 4066942v. 1

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> General Electric <br> 183 Madison Avenue <br> Suite 1001 <br> New York, NY 10016 | | | | | | | $58,876 |
| ACCOUNT NO. <br> Converteam <br> Boughton Road, Rugby, Warks, <br> CV21, 1BU, UK | | | | | | | $19,100 |
| ACCOUNT NO. <br> Pinheiro Neto Advogados <br> R. Humaita 275, 16° andar 22261-005 <br> Rio de Janerio <br> Brazil | | | | | | | $16,026 |
| ACCOUNT NO. <br> Firley, Moran, Freer, Eassa <br> 5010 Campuswood Drive <br> East Syracuse, NY 13057 | | | | | | | $14,500 |
| ACCOUNT NO. <br> Noble Denton <br> 30 Broad Street <br> 7th floor <br> New York, NY 10004 | | | | | | | $7,357 |
| ACCOUNT NO. <br> Pinhiero Neto | | | | | | | $6,284 |
| ACCOUNT NO. <br> DNV <br> 363 North Sam Houston Parkway <br> Suite 125 <br> Houston, TX 77060 <br> 281-260-9980 | | | | | | | $3,000 |
| | | | | | | Subtotal ▶ | $ 125,143.00 |
| | | | | | | Total ▶ | $ 5,467,157.34 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data..)

B 6G (Official Form 6G) (12/07)

**In re: Peregrine I, LLC**
      Debtor

Case No. 11-11230 (MFW)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ETESCO Drilling Company BV<br>A Dutch Limited Liability Company<br>Fred Roekestraat 123, 1076 EE<br>Amsterdam the Netherlands | Operating Agreement, dated November 16, 2007 |
| PE- Cayman, Inc.<br>1732 West Genesee Street<br>Syracuse, NY 13204 | Management Services Agreement, dated November 19, 2009 |
|  |  |
|  |  |
|  |  |

RLF1 4066942v. 1

B 6H (Official Form 6H) (12/07)

In re: <u>Peregrine I, LLC</u>　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-11230 (MFW)
　　　　Debtor

# SCHEDULE H – CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's name and the name of the address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☒　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

RLF1 4066942v. 1

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re **Peregrine I, LLC**　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-11230 (MFW)
　　　　Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,　　　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　　　*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____　　　　　_____
Signature of Bankruptcy Petition Preparer　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §§ 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the __Authorized Person__ of the __limited liability company__ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _18_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/10/11__　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　__John Hanlon__
　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.